FILED VIA MAIL

MAY 05 2025

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

*Greetings notice of objecting and request for a hearing regarding case 2:24-bk-01143-FMD.*

*Annette Sloan*

[signature]

1201 Jorge Drive
Fort Myers Fl 33913

CERTIFIED MAIL

9589 0710 5270 1122 9504 30

FT MYERS FL 339
29 APR 2025 PM 1 L

Clerk of Court 801 North Florida
Avenue Suite 555
Tampa Florida 33602

$4.85
U.S. POSTAGE
FCM LETTER
LEHIGH ACRES, FL
APR 29, 2025
S2325A500307-19
33602