UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:   Ivan Melo Perez

Case No.: 2:24-bk-01143-FMD
Chapter 13

_____Debtor_____/

## NOTICE OF HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Chief Judge Caryl E. Delano will conduct a preliminary hearing in this case on June 12, 2025, at 2:15PM, at Ft. Myers, FL - Room 4-102, Hearing Room, United States Courthouse, 2110 First Street, Ft. Myers, FL 33901, on the following matter:

    Objection to Claim(s). Claim No. 4 of ANNETTE SLOAN (Doc. No. [23])

2. **[DELANO-FORT MYERS CASES]** Unless otherwise notified, Judge Delano will conduct all Fort Myers hearings by Zoom from Tampa Courtroom 9A. Parties may attend the hearing by video or telephone via Zoom. UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON AT THE FORT MYERS COURTHOUSE. Parties are directed to consult Judge Delano's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano.  If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5195 no later than 3:00 p.m. one business day before the date of the hearing.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

## Certificate of Service

      I HEREBY CERTIFY that on May 16, 2025, a true and correct copy of the foregoing Notice was served via U.S. First Class Mail or electronic transmission to:

John Waage, Trustee; Debtor; and Creditor as follows:

Debtor(s), Ivan Melo Perez
711 FARGO DR
Fort Myers, FL 33913

ANNETTE SLOAN
c/o Joseph R. North, Esq.
5220 Summerlin Commons Blvd. Suite 300
Fort Myers, FL 33907

Annette Sloan
727 Fargo Dr.
Fort Myers, FL 33913

| | |
|---|---|
| Respectfully submitted:<br>May 16, 2025 | **Jose A. Blanco, P.A.**<br>By: */s/ Jose A. Blanco* \| FBN: 062449<br>Attorney for Debtor(s)<br>102 E 49th ST<br>Hialeah, FL 33013,<br>Tel. (305) 349-3463<br>E-mail: jose@blancopa.com |